IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GERALD MCKINNEY, | No. C-07-04653 MMC |
| | NOTICE OF FILING OF BANKRUPTCY |
| Plaintiff, | APPEAL AND ORDER SETTING STATUS |
| | CONFERENCE |
| v. | |
| /, | |
| Defendant. | |
| _____/ | |

RE:
    Bankruptcy Case:
    Adversary No.:
    BAP No.:

Appellant:

The appeal has been assigned the following case number C-07-04653 MMC before the Honorable Maxine M. Chesney.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 12/21/2007 in Ctrm 7, 19th Floor.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Sep 10, 2007

                                            For the Court
                                            Richard W. Wieking, Clerk

                                            _____
                                            By: Deputy Clerk

cc: USBC
    Counsel of Record