**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                 No. 07-4653 MMC

GERALD MCKINNEY                                  **ORDER NOTIFYING COUNSEL OF REQUIREMENT TO REGISTER AS ECF USER**
                                                          /

A review of the file indicates that the following attorneys are not registered for electronic service in this e-filing case:

James F. Beiden                   Steven L. Jacobs
840 Hinckley Rd. #245             14895 E. 14th St. #350
Burlingame CA 94010               San Leandro CA 94578

In an e-filing case, the Clerk of the Court does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D). Although the Court, as a courtesy, has directed the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail. If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45. Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: September 13, 2007

MAXINE M. CHESNEY
United States District Judge