1  FOLGER LEVIN & KAHN LLP
   Thomas F. Koegel (CSB No. 125852, tkoegel@flk.com)
2  J. Daniel Sharp (CSB No. 131042, dsharp@flk.com)
   Ernst A. Halperin (CSB No. 175493, ehalperin@flk.com)
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA  94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827

6  Special Counsel to
   Appellant E. Lynn Schoenmann
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  *In re* GERALD MCKINNEY,          |  Case No. C-07-04653 MMC

13           *Debtor*,                |  On Appeal from the United States Bankruptcy
                                      |  Court for the Northern District of California,
14                                    |  Bankruptcy Case No. 06-30314-TEC

15                                    |  **ATTACHMENT "B" TO MOTION FOR
                                      |  ADMINISTRATIVE RELIEF PURSUANT
16                                    |  TO LOCAL RULES 7-11 AND 6-2 FOR AN
                                      |  ORDER STAYING BRIEFING SCHEDULE
17                                    |  ON APPEAL**

18                                    |  **(Form of Proposed Order)**

19

20

21

22

23

24

25

26

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

ATTACHMENT A TO MOTION FOR
ADMINISTRATIVE RELIF; CASE NO. C-07-04653
MMC

FOLGER LEVIN & KAHN LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@flk.com)
J. Daniel Sharp (CSB No. 131042, dsharp@flk.com)
Ernst A. Halperin (CSB No. 175493, ehalperin@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Special Counsel to
Appellant E. Lynn Schoenmann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* GERALD MCKINNEY,<br><br>*Debtor*, | Case No. C-07-04653 MMC<br><br>On Appeal from the United States Bankruptcy Court for the Northern District of California, Bankruptcy Case No. 06-30314-TEC<br><br>**ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO STAY BRIEFING SCHEDULE ON APPEAL** |

Appellant E. Lynn Schoenmann's motion for administrative relief to stay the briefing schedule currently set in this appeal came before the Court. The Debtor, through his counsel, has stipulated to the motion. The Court finds that good cause exists to grant Appellant's motion. The Court therefore GRANTS Appellant's motion.

IT IS HEREBY ORDERED that the current briefing schedule is STAYED, and the currently-set deadlines for appellant's and appellee's briefs are VACATED. A further status conference is set for _____.

Dated: _____        _____
                                                    The Hon. Maxine M. Chesney

84019\4001\572381.1