1   FOLGER LEVIN & KAHN LLP
    Thomas F. Koegel (CSB No. 125852, tkoegel@flk.com)
2   J. Daniel Sharp (CSB No. 131042, dsharp@flk.com)
    Ernst A. Halperin (CSB No. 175493, ehalperin@flk.com)
3   Embarcadero Center West
    275 Battery Street, 23rd Floor
4   San Francisco, CA  94111
    Telephone: (415) 986-2800
5   Facsimile: (415) 986-2827

6   Special Counsel to
    Appellant E. Lynn Schoenmann
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  *In re* GERALD MCKINNEY,              Case No. C-07-04653 MMC

13              *Debtor*,                 On Appeal from the United States Bankruptcy
                                          Court for the Northern District of California,
14                                        Bankruptcy Case No. 06-30314-TEC

15                                        **ORDER GRANTING STIPULATED
                                          MOTION FOR ADMINISTRATIVE
16                                        RELIEF TO STAY BRIEFING SCHEDULE
                                          ON APPEAL**
17

18

19          Appellant E. Lynn Schoenmann's motion for administrative relief to stay the briefing

20  schedule currently set in this appeal came before the Court.  The Debtor, through his counsel, has

21  stipulated to the motion.  The Court finds that good cause exists to grant Appellant's motion.  The

22  Court therefore GRANTS Appellant's motion.

23          IT IS HEREBY ORDERED that the current briefing schedule is STAYED, and the

24  currently-set deadlines for appellant's and appellee's briefs are VACATED.  A further status

25  conference is set for January 18, 2008, at 10:30 a.m.

26

27  Dated: October 23, 2007

28                                        The Hon. Maxine M. Chesney

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

                                          ORDER GRANTING STAY OF BRIEFING SCHEDULE;
                                          CASE NO. C-07-04653 MMC