FOLGER LEVIN & KAHN LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@flk.com)
J. Daniel Sharp (CSB No. 131042, dsharp@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Special Counsel to
Appellant E. Lynn Schoenmann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* GERALD MCKINNEY,<br><br>　　　　*Debtor*, | Case No. C-07-04653 MMC<br><br>On Appeal from the United States Bankruptcy Court for the Northern District of California, Bankruptcy Case No. 06-30314-TEC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

　　　　The stipulated request of the parties to this bankruptcy appeal for a continuance of the status conference presently set for January 18, 2008, came before the Court. The Court finds that good cause exists to grant the request. The Court therefore GRANTS Appellant's motion. A continued status conference is set for Friday, March 14, 2008, at 10:30 a.m.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

84019\4001\583509.1