1

FOLGER LEVIN & KAHN LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@flk.com)

2

J. Daniel Sharp (CSB No. 131042, dsharp@flk.com)
Embarcadero Center West

3

275 Battery Street, 23rd Floor
San Francisco, CA  94111

4

Telephone: (415) 986-2800
Facsimile: (415) 986-2827

5

6

Special Counsel to
Appellant E. Lynn Schoenmann

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

*In re* GERALD MCKINNEY,

Case No. C-07-04653 MMC

13

*Debtor*,

On Appeal from the United States Bankruptcy
Court for the Northern District of California,

14

Bankruptcy Case No. 06-30314-TEC

15

**ORDER GRANTING STIPULATED
REQUEST FOR CONTINUANCE OF
STATUS CONFERENCE**

16

17

18

19

The stipulated request of the parties to this bankruptcy appeal for a continuance of the

20

status conference presently set for January 18, 2008, came before the Court.  The Court finds that

21

good cause exists to grant the request.  The Court therefore GRANTS Appellant's motion.  A

22

continued status conference is set for Friday, March 14, 2008, at 10:30 a.m.  The parties shall file

a Joint Status Conference Statement no later than March 7, 2008.

23

24

Dated:  January 14, 2008

25

The Honorable Maxine M. Chesney
United States District Judge

26

27

84019\4001\583509.1

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

ORDER GRANTING STAY OF BRIEFING SCHEDULE;
CASE NO. C-07-04653 MMC