**PROOF OF SERVICE BY MAIL**

I, Frances L. Brown, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**STIPULATED DISMISSAL OF BANKRUPTCY APPEAL (FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(C)(2))**

on the following person(s) in this action:

**James F. Beiden**
**Law Offices of James F. Beiden**
**840 Hinckley Road, Suite 245**
**Burlingame, CA 94010**

☐    BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 10, 2008, at San Francisco, California.

/s/
Frances L. Brown

84019\4001\591883.1