FOLGER LEVIN & KAHN LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@flk.com)
J. Daniel Sharp (CSB No. 131042, dsharp@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Special Counsel to
Appellant E. Lynn Schoenmann

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* GERALD MCKINNEY,<br><br>            *Debtor*, | Case No. C-07-04653 MMC<br><br>On Appeal from the United States Bankruptcy Court for the Northern District of California, Bankruptcy Case No. 06-30314-TEC<br><br>**STIPULATED DISMISSAL OF BANKRUPTCY APPEAL (FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(c)(2))** |

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the parties to this bankruptcy appeal stipulate that it may be dismissed and that each will bear its own costs.

Dated: March 7, 2008　　　　　　　　　　　　　FOLGER LEVIN & KAHN LLP

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Thomas F. Koegel
　　　　　　　　　　　　　　　　　　　Special Counsel for Appellant
　　　　　　　　　　　　　　　　　　　E. Lynn Schoenmann

Dated: March 10, 2008　　　　　　　　　　　　LAW OFFICES OF JAMES F. BEIDEN

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　James F. Beiden
　　　　　　　　　　　　　　　　　　　Counsel for Appellee
　　　　　　　　　　　　　　　　　　　Gerald McKinney

84019\4001\591987.1

**IT IS SO ORDERED**

*/s/ Maxine M. Chesney*
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: March 10, 2008